AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |
|---|---|---|
| DOCKET NO.<br>C-07-4105 CRB | DATE FILED<br>8/9/07 | |
| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC. | | DEFENDANT<br>JOHN DOE |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Richard Wieking | (BY) DEPUTY CLERK<br>Maria Loo | DATE<br>8/13/07 |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.104.48 2007-05-10 01:21:50 EDT    **CASE ID#** 128468787

**P2P Network:** Gnutella    **Total Audio Files:** 352

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Sade | Why Can't We Live Together | Diamond Life | 69-105 |
| UMG Recordings, Inc. | Jimmy Eat World | Pain | Futures | 366-508 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| Capitol Records, Inc. | White Town | Your Woman | Women in Technology | 231-659 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | I Miss You | Make Yourself | 278-818 |