E-filing

*Received FILED AUG -9 PM 3: 39*

*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT,
7  UMG RECORDINGS, INC.; and CAPITOL
   RECORDS, INC.
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

11         C 07        4105 *CRB*

12 | SONY BMG MUSIC ENTERTAINMENT, a        | CASE NO.
13 | Delaware general partnership; UMG       |
   | RECORDINGS, INC., a Delaware corporation; | [PROPOSED] ORDER GRANTING
14 | and CAPITOL RECORDS, INC., a Delaware   | PLAINTIFFS' EX PARTE APPLICATION
   | corporation,                            | FOR LEAVE TO TAKE IMMEDIATE
15 |                Plaintiffs,              | DISCOVERY
16 |
   |        v.
17 |
18 | JOHN DOE,
   |                Defendant.
19

20
21
22
23
24
25
26
27
28

                    [Proposed] Order
                 Case No._____
#31621 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2    Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain

4    the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify

5    Defendant John Doe, including the name, current (and permanent) address and telephone number, e-

6    mail address, and Media Access Control address.  The disclosure of this information is ordered

7    pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9    the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10   under the Copyright Act.

11

12

13   DATED: _Aug 21, 2007_    By: _____

14                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

[Proposed] Order
Case No._____

#31621 v1