E-filing

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT,
UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4105

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO.<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

[Proposed] Order
Case No._____

#31621 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain
4  the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify
5  Defendant John Doe, including the name, current (and permanent) address and telephone number, e-
6  mail address, and Media Access Control address. The disclosure of this information is ordered
7  pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

13  DATED:_____    By: _____
                                  United States District Judge

1
[Proposed] Order
Case No._____

#31621 v1