**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, | No. C 07-04105 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| JOHN DOE, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for December 14, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement to be filed on or before November 30, 2007.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 6, 2007               FOR THE COURT,

                                      Richard W. Wieking, Clerk
                                      By: _____
                                         Barbara Espinoza
                                         Courtroom Deputy