1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:          matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT,
7  UMG RECORDINGS, INC.; and CAPITOL
   RECORDS, INC.
8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 3:07-CV-04105-CRB<br><br>**The Honorable Charles R. Breyer**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1 	Plaintiffs respectfully request that the Court continue the case management conference currently set for December 14, 2007, at 8:30 a.m. to March 14, 2008.  Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from December 7, 2007 to March 6, 2008.

	Plaintiffs filed the Complaint against Defendant on August 9, 2007.  Also on August 9, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on third party Stanford University ("Stanford") so that Plaintiffs could obtain information sufficient to identify Defendant.  On August 22, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.  Pursuant to the Court's Order, Plaintiffs have served Stanford with a subpoena directing Stanford to produce certain information necessary to identify Defendant.

	However, Defendant has contacted Plaintiffs in response to an early settlement letter (sent by Plaintiffs before this litigation commenced and forwarded to Defendant by Stanford), and this case has now settled.  The settlement has not been finalized; however, Plaintiffs are confident that the settlement will soon be final.  Once the settlement is final, Plaintiffs will promptly file dispositional documents with the Court.

	Plaintiffs therefore respectfully request that the Court continue the case management conference set for December 14, 2007 to March 14, 2008, in order to allow time to finalize the settlement or, if settlement should fail, to allow Plaintiffs time to amend the Complaint to name Defendant individually and serve Defendant.  Given the foregoing circumstances, and because the original time period for Plaintiffs to serve the Summons and Complaint will expire on December 7, 2007, Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated:  November 30, 2007	HOLME ROBERTS & OWEN LLP

	By: */s/ Matthew Franklin Jaksa*
	    Matthew Franklin Jaksa
	    Attorney for Plaintiffs

1

*Ex Parte* Application and [Proposed] Order
Case No. 3:07-cv-04105-CRB
#34095 v1

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 14, 2007, at 8:30 a.m. be continued to March 14, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: _____        By: _____
                                                            Honorable Charles R. Breyer
                                                            United States District Judge