Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT,
UMG RECORDINGS, INC.; and CAPITOL
RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 3:07-CV-04105-CRB<br><br>**The Honorable Charles R. Breyer**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1   Plaintiffs respectfully request that the Court continue the case management conference currently set for December 14, 2007, at 8:30 a.m. to March 14, 2008.  Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from December 7, 2007 to March 6, 2008.

Plaintiffs filed the Complaint against Defendant on August 9, 2007.  Also on August 9, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on third party Stanford University ("Stanford") so that Plaintiffs could obtain information sufficient to identify Defendant.  On August 22, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.  Pursuant to the Court's Order, Plaintiffs have served Stanford with a subpoena directing Stanford to produce certain information necessary to identify Defendant.

However, Defendant has contacted Plaintiffs in response to an early settlement letter (sent by Plaintiffs before this litigation commenced and forwarded to Defendant by Stanford), and this case has now settled.  The settlement has not been finalized; however, Plaintiffs are confident that the settlement will soon be final.  Once the settlement is final, Plaintiffs will promptly file dispositional documents with the Court.

Plaintiffs therefore respectfully request that the Court continue the case management conference set for December 14, 2007 to March 14, 2008, in order to allow time to finalize the settlement or, if settlement should fail, to allow Plaintiffs time to amend the Complaint to name Defendant individually and serve Defendant.  Given the foregoing circumstances, and because the original time period for Plaintiffs to serve the Summons and Complaint will expire on December 7, 2007, Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated:  November 30, 2007                                HOLME ROBERTS & OWEN LLP

By:  */s/ Matthew Franklin Jaksa*
      Matthew Franklin Jaksa
      Attorney for Plaintiffs

1

1 **ORDER**

2     Good cause having been shown:

3     **IT IS ORDERED** that the case management conference currently set for December 14,
4 2007, at 8:30 a.m. be continued to March 14, 2008.

5     **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules
6 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to
7 March 6, 2008.

10 Dated: __December 3, 2007___      By: _____
11     Honorable Charles R. Breyer
12     United States District Judge



2