1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT,
7  UMG RECORDINGS, INC.; and CAPITOL
   RECORDS, INC.
8

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br> v.<br><br>JOHN DOE,<br>     Defendant. | CASE NO. 3:07-CV-04105-CRB<br><br>**The Honorable Charles R. Breyer**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Notice of Dismissal
Case No. 3:07-cv-04105-CRB
#34532 v1

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC
2  ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice
3  their copyright infringement claim against Defendant John Doe, also identified as ID #128468787
4  with IP address 128.12.104.48 2007-05-10 01:21:50 EDT, each party to bear its/his own fees and
5  costs.  The Clerk of Court is respectfully requested to close this file.

7  Dated:  December 19, 2007                    HOLME ROBERTS & OWEN LLP

8                                               By:  */s/ Matthew Franklin Jaksa*
9                                                    Matthew Franklin Jaksa
                                                     Attorney for Plaintiffs