AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| x ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District of California |
|---|---|
| DOCKET NO.<br>CV 07-04105 CRB | DATE FILED<br>8/9/07 | 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102 |
| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT ET AL | DEFENDANT<br>JOHN DOE |

| COPYRIGHT | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | See Exhibit A attached | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED * see attached copy of Notice of voluntary<br>☐ Order   ☐ Judgment **dismissal** | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>12/19/07 |
|---|---|---|
| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Maria Loo | DATE<br>December 20, 2007 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## EXHIBIT A

## JOHN DOE

**IP Address:** 128.12.104.48 2007-05-10 01:21:50 EDT      **CASE ID#** 128468787

**P2P Network:** Gnutella                                   **Total Audio Files:** 352

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Sade | Why Can't We Live Together | Diamond Life | 69-105 |
| UMG Recordings, Inc. | Jimmy Eat World | Pain | Futures | 366-508 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| Capitol Records, Inc. | OK Go | Get Over It | Ok Go | 322-969 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| Capitol Records, Inc. | White Town | Your Woman | Women in Technology | 231-659 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | I Miss You | Make Yourself | 278-818 |